UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA MATLOW,<br>PIX INTERNATIONAL, LLC<br>                            Plaintiffs<br><br>v.<br><br>HER CAMPUS MEDIA, LLC and<br>STEPHANIE KAPLAN LEWIS,<br>                            Defendants | Civil Action |

**COMPLAINT**
**AND CLAIM FOR TRIAL BY JURY**

     This is an Action for copyright infringement and damages under the Copyright Act, 17 U.S.C. §§101 *et seq.*, for the unauthorized use of a copyrighted photograph in an online magazine and website known as "Her Campus."  Defendant, Stephanie Kaplan Lewis is the chief operating officer of Her Campus Media, LLC and is the editor-in-chief of Her Campus and is vicariously liable for the infringement.  Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1338(a) and proper venue exists under 28 U.S.C. §1400(a).

     1.     Plaintiff, Linda Matlow (hereinafter, "Matlow") is a professional photographer with a mailing address of 600 N. Lake Shore Drive #612, Chicago, Illinois. 60613.

2. Plaintiff, Pix International, LLC (hereinafter, "Pix International") is a limited liability company duly organized in the State of Illinois, with a mailing address of 600 N. Lake Shore Drive #612, Chicago, Illinois. 60613. Matlow is the principal of Pix International through which she licenses her photographs including the one that is the subject of this Action. Matlow and Pix International are sometimes collectively referred to as the "Plaintiffs."

3. Defendant, Her Campus Media, LLC ( hereinafter "Her Campus Media") is a limited liability company duly organized under the laws of the State of Delaware having a principal place of business at 401 Park Drive, Suite 807, Boston, Suffolk County, Massachusetts 02215. At all times material hereto, Her Campus Media owned and controlled an online magazine and website known as Her Campus (hereinafter, the "Her Campus Magazine").

4. Defendant, Stephanie Kaplan Lewis (hereinafter "Lewis") is an individual now or formerly of Boston, Massachusetts. Lewis maintains a principal place of business at 401 Park Drive, Suite 807, Boston, Suffolk County, Massachusetts 02215.

5. At all times material hereto, Lewis was the chief operating officer of Her Campus Media, LLC, and she had a direct financial interest in the activities of Her Campus Media, LLC and the Her Campus Magazine.

6. At all times material hereto, Lewis was the editor-in-chief of Her Campus Magazine and she had the right and ability to supervise its activities.

<b><u>Count I</u></b>
<b>(Copyright Infringement against Her Campus Media, LLC)</b>

7. Plaintiffs reallege Paragraphs 1 through 6 hereof, as if said paragraphs had been repeated herein in their entirety.

8. Matlow took various photographs of celebrity Erin Heatherton in 2010. A copy of one of the Heatherton photographs taken by Matlow (the "Heatherton Photograph") is attached hereto as "Exhibit A."

9. The Heatherton Photograph was published on the website of Pix International with Matlow's permission and authority.

10. Matlow is the author of the Heatherton Photograph and she has at all times continuously owned all of the rights to the Heatherton Photograph including the copyright thereto. The Heatherton Photograph was registered with the U.S. Copyright Office under Copyright Registration Number VAu 1-049-548, effective October 8, 2010. See the Certificate of Registration, a copy of which is attached hereto as "Exhibit B," which is incorporated herein by reference.

11. Her Campus Media, its agents, servants or employees copied the Heatherton Photograph and used, displayed and/or distributed it in Her Campus Magazine without the permission or authority of either Matlow or Pix International in a post entitled, "12 More Celebrity Look-Alikes on Yale's Campus!" A copy of the Heatherton Photograph as it was used on the Her Campus Magazine is attached hereto as "Exhibit C" and is incorporated herein by reference.

12. The reproduction, use, display and/or distribution of the Heatherton Photograph in the Her Campus Magazine by Her Campus Media, or its agents, servants or employees without the permission or authority of either Matlow or Pix International is a violation of Matlow's exclusive rights to the Heatherton Photograph under the Copyright Act, 17 U.S.C. §101 et seq.

13. As a direct and proximate result of Her Campus Media's conduct, Matlow's copyright to the Heatherton Photograph has been infringed for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

## Count II
### (Vicarious Liability for Copyright Infringement against Stephanie Kaplan Lewis)

14. Plaintiffs reallege Paragraphs 1 through 13 hereof, as if said paragraphs had been repeated herein in their entirety.

15. At all times material hereto, Lewis was one of the executives in charge of Her Campus Media, and she had a direct financial interest in Her Campus Media's activities.

16. In addition, Lewis was the editor-in-chief of Her Campus Magazine, and she had the right and ability to supervise the activities of Her Campus Magazine and to edit its content.

17. As a direct and proximate result of Lewis's conduct and her failure to properly edit Her Campus Magazine's content, Lewis is vicariously liable for the infringement of Matlow's copyright to the Heatherton Photograph, and for Plaintiffs' damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

WHEREFORE, Plaintiffs, LINDA MATLOW and PIX INTERNATIONAL, LLC, demand judgment against Defendants, HER CAMPUS MEDIA, LLC and STEPHANIE KAPLAN LEWIS, as follows:

a) That Her Campus Media and Lewis be required to deliver up for impoundment the originals and all copies of the Heatherton Photograph in all forms whatsoever, which are in their possession or under their control, including all printed copies and all copies in magnetic,

electronic and digital format, as well as all copies posted or displayed on any of Her Campus Media's websites and social media pages, and that Her Campus Media and Lewis be permanently enjoined from using said Photographs in the future in any way whatsoever.

      b)      That Her Campus Media and Lewis be required to pay to Matlow and Pix International such actual damages as Plaintiffs have sustained in consequence of the unauthorized use and infringement of Matlow's copyrights to the Heatherton Photograph, and to account for all gains, profits and advantages derived by Her Campus Media and Lewis from their use and infringement of Matlow's Photograph;

      c)      In lieu of Plaintiffs' actual damages and the profits earned by Her Campus Media and Lewis, that Her Campus Media and Lewis be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

      d)      That Her Campus Media and Lewis pay Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by this Court;

      e)      That Plaintiffs have such other and further relief as is deemed to be just and proper.

**PLAINTIFFS CLAIM TRIAL BY JURY**

                                      LINDA MATLOW and
                                      PIX INTERNATIONAL, LLC.
                                      By their attorney,

                                      /s Andrew D. Epstein
                                      _____

                                      Andrew D. Epstein, Esquire
                                      BBO #155140
                                      Barker, Epstein & Loscocco
                                      176 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 482-4900
                                      Fax: (617) 426-5251
                                      Photolaw@aol.com

Dated: December 17, 2017